**FILED**

MAY -8 2013

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| DANIELLE'S SERIES, LLC, | ) | Case No. 13 B 10702 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |

(To Be Served By Clerk)

## NOTICE OF HEARING AND MOTION TO CONVERT OR DISMISS CASE

To the Debtor, its creditors, and other parties in interest:

The United States Trustee for Region 11 hereby moves the Court to enter an order converting the above captioned Chapter 11 case to Chapter 7, or, alternatively, dismissing the case, whichever may be in the best interest of creditors and the estate, for the following reasons: (1) the Debtor failed to appear, through its representative, for the continued meeting of creditors on April 30 and May 7, 2013; (2) the Debtor has failed to provide proof of insurance to the United States Trustee; and (3) the Debtor filed an amended Petition on May 7, 2013, identifying itself as "Danielle's Series, LLC," an entity that is the debtor in another pending bankruptcy case, Case No. 13-08548. The United States Trustee submits that the above constitute "cause" under § 1112(b) for conversion or dismissal. The United States Trustee reserves the right to raise other grounds for conversion or dismissal based on any papers filed or testimony taken at or before the hearing on this motion.

PLEASE TAKE NOTICE that a hearing on the United States Trustee's Motion is set for **June 19, 2013**, at the hour of **10:00 A.M.**, before the Honorable Eugene R. Wedoff in Courtroom 744, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, at which time you may, but need not appear. This hearing may be continued from time to time without further notice to you other than the announcement in open Court of the continued date.

JEFFREY SNELL, ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
219 S. DEARBORN ST., #873
CHICAGO, ILLINOIS 60604
(312) 886-0890

Dated: May 8, 2013